UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:

MICHAEL STEWART FITZ, AND
CAROL JEAN FITZ,

      Debtors.

Chapter 13
Case No. 04-10253

ORDER CONFIRMING PLAN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    The matter before the Court is the confirmation of Debtors' Chapter 13 Plan Dated November 30, 2004. A hearing was held on January 4, 2005. Appearances included the Chapter 13 Trustee, Dale A. Wein, and Curt R. Ewinger, attorney for Debtors, James M. Cremer, attorney for the Credit Union, and Cheryl Schrempp DuPris, attorney for the Internal Revenue Service. In recognition of and compliance with the Findings and Conclusions entered on the record, it is hereby

    ORDERED that Debtors' Chapter 13 Plan Dated November 30, is confirmed with the clarifications entered on the record and incorporated in the Plan as confirmed filed simultaneously with this Order. It is further

    ORDERED that Debtors shall make their first payment under the Plan on December 1, 2004, and their last payment under the Plan on November 1, 2009. It is hereby further

    ORDERED that all of Debtors' disposable income to be received in the five year period beginning on December 1, 2004, shall be applied to make payments under their Plan as provided by 11 U.S.C. §1325(b).

    So ordered this ____ day of _____, 2005.

BY THE COURT

Irvin N. Hoyt
Bankruptcy Judge

ATTEST
Charles L. Nail, Clerk

By: _____
    Deputy Clerk

(seal)

I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

JAN 28 2005

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

JAN 28 2005

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

James M. Cremer
PO Box 970
Aberdeen, SD 57402-0970

Curt R. Ewinger
PO Box 96
Aberdeen, SD 57402-0096

Carol Jean Fitz
P.O. Box 957
Britton, SD 57430

Michael Stewart Fitz
P.O. Box 957
Britton, SD 57430

Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321

Robert E. Hayes
PO Box 1030
Sioux Falls, SD 57101-1030

Cheryl Schrempp DuPris
Assistant U.S. Attorney
225 South Pierre Street #337
Pierre, SD 57501

Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329