UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

IN RE:

MICHAEL STEWART FITZ and
CAROL JEAN FITZ,

BANKR. NO. 04-10253
CHAPTER 13

Debtors.

ORDER APPROVING SETTLEMENT
AND JUDGMENT OF DISMISSAL OF
ADVERSARIAL ACTION NO. 07-1002
WITH PREJUDICE

This matter came to the attention of the Court pursuant to the Joint Motion To Approve Settlement And For Dismissal Of Adversarial Action With Prejudice ("Motion To Approve") and Notice of Joint Motion To Approve Settlement And For Dismissal Of Adversarial Action With Prejudice ("Notice"), both of which were filed with the Court on October 19, 2007. Pursuant to the Notice, any objections or responses to the Motion To Approve were to be filed with the Bankruptcy Clerk no later than November 13, 2007. The Court finds that no objections or responses have been filed. The Court having reviewed the Motion To Approve, including the Settlement Agreement And Release attached thereto, having reviewed the file, and having found the settlement reached by the parties to Adv. No. 07-1002 to be reasonable, fair, and equitable, and with good cause therefor showing, it is hereby

ORDERED, ADJUDGED AND DECREED, as follows:

1.  The Joint Motion To Approve is granted and the settlement of Adv. No. 07-1002 is approved by the Court.

Case: Michael Steward Fitz and Carol Jean Fitz – BANKR. NO. 04-10253
Document: Order Approving Settlement and Judgment of Dismissal of Adversarial Action No. 07-1002 With Prejudice
Page Two

2. The $4,241.97 deposited with the Chapter 13 Trustee shall be released to the Chapter 13 Trustee to be paid as an additional dividend to unsecured creditors.

3. Adv. No. 07-1002 is dismissed with prejudice and without taxation of costs, disbursements, expenses or attorney's fees to any party.

So ordered:   November 19, 2007.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

2