UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re:<br><br>MICHAEL STEWART FITZ<br>SSN/ITIN: xxx-xx-4238<br><br>and<br><br>CAROL JEAN FITZ<br>SSN/ITIN: xxx-xx-3008<br><br>Debtors | ) Bankr. Case No.04-10253<br>)<br>) Chapter 13<br>)<br>)<br>)<br>)<br>) MOTION FOR LEAVE TO<br>) FILE LATE OBJECTION<br>)<br>)<br>) |

Debtors hereby move the court for its order relieving their default herein, and permitting them to file a tardy objection, and represent as follows::

1. Curt R. Ewinger, Debtors' prior counsel, passed away on January 20, 2010.

2. Debtors received the Trustee's motion dated June 18, 2010 (doc. 76), and the prior correspondence referred to by the Trustee in said motion. They had begun compiling the expense information requested by the Trustee, but had no attorney to guide them.

3. Debtors' daughter's wedding was Saturday, June 26. Extended family members were guests of the Debtors. The last guests departed yesterday. Due to activity associated with the wedding, and having guests in their home, Debtors forgot to forward the requested information to the Trustee.

DATED this 29th day of June, 2010.

/s/ Forrest C. Allred
Forrest C. Allred
Attorney for Debtors
14 2nd Ave SE, Suite 200
Aberdeen, SD 57401
Telephone: (605) 225-3933
Fax: (888) 225-4943
E-mail: forrest.allred@gmail.com