UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 04-10253 |
| | Chapter 13 |
| MICHAEL STEWART FITZ | |
| SSN/ITIN xxx-xx-4238 | |
| Tax ID/EIN 46-0356774 | ORDER RE: SUBSTITUTION |
| | OF COUNSEL FOR DEBTORS |
| and | |
| | |
| CAROL JEAN FITZ | |
| SSN/ITIN xxx-xx-3008 | |
| | |
| Debtors. | |

Upon consideration of Debtors' motion (doc. 78) and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors' motion is granted, and Attorney Forrest C. Allred is substituted for Attorney Curt R. Ewinger as counsel of record for Debtors.

So ordered: June 30, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota