UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 04-10253 |
| | ) | Chapter 13 |
| MICHAEL STEWART FITZ | ) | |
| SSN/ITIN xxx-xx-4238 | ) | |
| TAX ID/EIN 46-0356774 | ) | |
| | ) | |
| and | ) | ORDER APPROVING SETTLEMENT |
| | ) | |
| CAROL JEAN FITZ | ) | |
| SSN/ITIN xxx-xx-3008 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Dale Wein's Motion to Approve Settlement Regarding Net Disposable Income (doc. 94) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Trustee Wein's motion is granted; the parties' settlement is approved; and Debtors shall pay Trustee Wein $23,994.00 by making monthly payments of $400.00 beginning November 15, 2010 and by turning over all federal income tax refunds received until the entire sum is paid in full.

So ordered:  November 19, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

**On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.**

**Frederick M. Entwistle**
**Clerk, U.S. Bankruptcy Court**
**District of South Dakota**

**NOTICE OF ENTRY**
**Under Fed.R.Bankr.P. 9022(a)**

**This order/judgment was entered on the date shown above.**

**Frederick M. Entwistle**
**Clerk, U.S. Bankruptcy Court**
**District of South Dakota**